Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern _____ District of Manhattan, NY

Division

|  |  |
|---|---|
| Clyde Ernest Harper | Case No. _____ |
| _____ | (to be filled in by the Clerk's Office) |
| Plaintiff(s) | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Nebraska
and
State of Iowa
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

*See attached letter*
*Exhibit A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Clyde E. Harper #62555 |
| All other names by which you have been known: | OCC 52C10-L |
| | P.O. Box 11099 |
| ID Number | Omaha, NE 68111-0099 |
| Current Institution | OCC |
| Address | |
| | Omaha          NE          68111 |
| | *City*          *State*          *Zip Code* |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State of Nebraska |
| Job or Title *(if known)* | court Douglas County |
| Shield Number | |
| Employer | |
| Address | |
| | Omaha          NE |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | State of Iowa |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | De Moin          Iowa |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity     ☑ Official capacity

*See attached letter exhibit A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                        _____
    Job or Title *(if known)*    _____
    Shield Number           _____
    Employer                _____
    Address                 _____

                                      City          State         Zip Code
                ☐ Individual capacity      ☐ Official capacity

Defendant No. 4
    Name                        _____
    Job or Title *(if known)*    _____
    Shield Number           _____
    Employer                _____
    Address                 _____

                                        City          State         Zip Code
                ☐ Individual capacity      ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)    NE & Iowa

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*See attached letter*
*EXhibit A*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*1999   V.A. Federal hospital Iowa*

*See attached letter exhibit A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

1999

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

See attached letter exhibit A

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Stroke
lost of hearing Right ear
and
Balance

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Liberty and monitary
payment for false
emprisonment...
1999 - 2024

*see attached letter*

*exhibit A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes    *BEFORE    see attached letter*

☒ No    *exhibit A*

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*ongoing (NOW)*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No    *Not applicable*

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes    *NOT APPLICA*

☐ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

2.  What did you claim in your grievance?

3.  What was the result, if any?

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

*See attached letter exhibit A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*EVERY BODY!!!*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See medical Record ect,*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

*I Did so....*

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes   *frivolous   see attached letter from court,*

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Douglas Co, Judge Coffey*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No                    *NE court did not respond*

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

   3. Docket or index number

   4. Name of Judge assigned to your case

   5. Approximate date of filing lawsuit          *1999 — 2024*

   6. Is the case still pending?          *N/A*

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition.          *? DNA Test request*

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     *NE does not respect civil on Constitutional Rights.*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

*Please see letter*

*Exhibit A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No      *Now (You N.Y.)*

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)        *Clyde E. Harper*
     Defendant(s)        *NE and Iowa*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     *Manhattan, N.Y.*

3.   Docket or index number        *Now ?*

4.   Name of Judge assigned to your case        *N/A*

5.   Approximate date of filing lawsuit        *Now*

6.   Is the case still pending?

     ☐ Yes        *?*

     ☐ No

     If no, give the approximate date of disposition        *Now*

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro 3e 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _2 - 20 - 24_

Signature of Plaintiff  _cygee E. Hanren_
Printed Name of Plaintiff
Prison Identification #  _# 62555_
Prison Address  _OCC  J2CJO-6_
_Omaha_      _NE_    _68111-0099_
                   City            State     Zip Code

B.  **For Attorneys**

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
                   City            State     Zip Code
Telephone Number  _____
E-mail Address  _____

EXHIBIT A

CE# Feb, 20, 2024

US Federal Courthouse
40 Foley Square #104
New York, NY
                    10007


Clyde Ernest Harper Sr #62555
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
OCC J2510-L
P.O. Box 11099
Omaha, NE 68111-0099

REF: MY CIVIL/CONSTITUTIONAL RIGHTS
     ARE BEING VIOLATED BY NEBRASKA
     AND THE STATE OF IOWA


Dear Sir/Madam

   I don't know how to tell you
what is being done to me.
             ~BUT~
   It all started in Okinawa, Japan.
When I found out a group of
Air fore pilots, Marines, and
some US Army guys were sending
tons of drugs back state-side,

~1~

It was "China White"...heroin.
[INSIDE CASKETS OF DEAD SOLDIERS]
I knew I had to stop it. I
knew. I saw how it killed my
friend Skaggs. That hillbilly
white boy from the Ozark
Mountains.

Any way I went to my Col.
at the dental clinic where
I did X-rays, and I asked him
if I could bust them.

"They called themselves the
'Red Shirt Cartel." I didn't
have any idea what a "Billion
Dollar Drug Ring" was, at that
time. (1970's)

But I got some Okinawa,
Japan policemen out of Fating
Okinawa to help me.

They never gave me my medal
for doing right for America.

-2-

And somehow "Danzel Washington" and Hollywood made a movie, But they said it was Russians. [AND I GOT PAID NOTHING]
I was sent to 207 MP Co in Fort Riley Kansas

Then back to Omaha, NE. They wanted me to work in Drug stuff. But I went to University NE.

A NE Highway Patrol man came to my class and asked me to get local drugs for him. He said it was a job. So I did it. And he busted me for my efforts.

[OFFICER WAGNER]

~ANY WAY~

later I found out those Drug rich guys I busted in OK now had got NE to get back at me.

~ BUT ~
I taught myself computers. And

~3~

My son Clyde Harper Jr. (lil Clyde) got
good enough to lock-up every
computer at Central High School's
to make his own Supercomputer,

And La Son (my oldest daughter)
got a computer job doing bank
envoices,

~ ALSO ~
The Pentagon was watching
me and my kids.
So two Marine officers came
and ask me to get lil Clyde to
do computers for them when
he finished High School,
~ He did ~
Lil Clyde did as I asked, Now
he has done 20 yrs at the
Pentagon,

~ DID YOU KNOW ~
MY GREAT - Great Grand
Father was a Buffalo Soldier,
See "Harper Family" "Library
of Congress. I'm in the book,

~ 4 ~

And Browne my sister's
husband was Secret Service.

- NOW -

The state of NE + Iowa
has held me in prison from
1999 to 2024. And all the judge
said was "You're a smart Nigger"
then he told the lady to "strike
that from the record.

- ALSO -

NE v. Clyde Harper
Doc 155 No. 522
      Rape kit test says "NO MALE
DNA" and "VIRGIN"

- BUT -
On the the way to court
in 2005 the transport officer
took my copy of the Rape kit
test. And the court Clerk
will not let my buy a copy
of my own records.
      - 5 -

[ I Did a F.O.I.A. request to try to
pay court clerk 72ºº but they
sent back my M.O, fo OCC ]
<u>For my court records</u>

I should be rich from being
falsely arrested and put in
prison. But they "Freeze"
my money for Gate pay (which
is only $100ºº
[But they Freez much more]

~ SO ~

They violate my civil Rights
and Constitutional Rights

~ BUT ~

You being a "Federal Court".
Not in NE or Iowa. They
will be afraid to refuse to
FAX you a copy of Rape Kit
test in NE Harper
            155 - 522
Which says, NO male DNA
and VIRGIN,
[Test say innocent/prosicutor lie in court]
                Respectfully submitted
Submitted in           by:
IN Jesus' Name ~
Thank you                cayden Z Harper
                            62555
                    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 RA

~ 6 ~

```
                    STATE OF NEBRASKA
         DEPARTMENT OF CORRECTIONAL SERVICES          PAGE    1
                       ACCOUNTING
              ANNUAL SAVINGS ACCOUNT STATEMENT
                     RELEASE SAVINGS
                        FOR 2023


    62555 HARPER/CLYDE E                    BEGINNING BALANCE    568.64

TRANSACTION
      DATE         DESCRIPTION                   DEBIT   CREDIT   BALANCE

01-14-2023   INT FOR 12/22. ANN. % RATE =  2.1743000   0.00     1.01    569.65
01-19-2023   05% RELEASE SAVINGS                       0.00     1.33    570.98
02-14-2023   INT FOR 01/23. ANN. % RATE =  2.2579000   0.00     1.09    572.07
02-16-2023   05% RELEASE SAVINGS                       0.00     1.39    573.46
03-14-2023   INT FOR 02/23. ANN. % RATE =  2.2931100   0.00     1.11    574.57
03-16-2023   05% RELEASE SAVINGS                       0.00     1.26    575.83
04-14-2023   INT FOR 03/23. ANN. % RATE =  2.4835200   0.00     1.09    576.92
04-18-2023   05% RELEASE SAVINGS                       0.00     1.45    578.37
05-12-2023   INT FOR 04/23. ANN. % RATE =  2.3651100   0.00     1.15    579.52
05-16-2023   05% RELEASE SAVINGS                       0.00     1.26    580.78
06-14-2023   INT FOR 05/23. ANN. % RATE =  2.3836200   0.00     1.13    581.91
06-16-2023   05% RELEASE SAVINGS                       0.00     1.45    583.36
07-15-2023   INT FOR 06/23. ANN. % RATE =  2.4948600   0.00     1.23    584.59
07-19-2023   05% RELEASE SAVINGS                       0.00     1.39    585.98
08-12-2023   INT FOR 07/23. ANN. % RATE =  2.5384800   0.00     1.21    587.19
08-16-2023   05% RELEASE SAVINGS                       0.00     1.32    588.51
09-15-2023   INT FOR 08/23. ANN. % RATE =  2.4685300   0.00     1.23    589.74
09-19-2023   05% RELEASE SAVINGS                       0.00     1.45    591.19
10-16-2023   INT FOR 09/23. ANN. % RATE =  2.6495900   0.00     1.32    592.51
10-18-2023   05% RELEASE SAVINGS                       0.00     1.39    593.90
11-15-2023   INT FOR 10/23. ANN. % RATE =  2.7418200   0.00     1.33    595.23
11-17-2023   05% RELEASE SAVINGS                       0.00     1.39    596.62
12-14-2023   INT FOR 11/23. ANN. % RATE =  2.7803400   0.00     1.40    598.02
12-18-2023   05% RELEASE SAVINGS                       0.00     1.39    599.41

CALENDAR YEAR TO DATE INTEREST =    14.30

CONTACT INMATE ACCOUNTING VIA AN INTERVIEW REQUEST IF YOUR SOCIAL SECURITY
NUMBER IS INCORRECT.  YOUR SSN IS 587 60 4662.
```

```
                          STATE OF NEBRASKA
              DEPARTMENT OF CORRECTIONAL SERVICES        PAGE   1
                            ACCOUNTING
                   ANNUAL SAVINGS ACCOUNT STATEMENT
                         RELEASE SAVINGS
                            FOR 2022


   62555 HARPER/CLYDE E                    BEGINNING BALANCE   543.79

TRANSACTION
      DATE       DESCRIPTION                      DEBIT   CREDIT  BALANCE

01-14-2022   INT FOR 12/21. ANN. % RATE =  1.3718500   0.00    0.61    544.40
01-19-2022   05% RELEASE SAVINGS                       0.00    1.39    545.79
02-12-2022   INT FOR 01/22. ANN. % RATE =  2.0282900   0.00    0.94    546.73
02-16-2022   05% RELEASE SAVINGS                       0.00    1.27    548.00
03-12-2022   INT FOR 02/22. ANN. % RATE =  1.3146100   0.00    0.61    548.61
03-16-2022   05% RELEASE SAVINGS                       0.00    1.21    549.82
04-14-2022   INT FOR 03/22. ANN. % RATE =  1.7370200   0.00    0.73    550.55
04-18-2022   05% RELEASE SAVINGS                       0.00    1.39    551.94
05-13-2022   INT FOR 04/22. ANN. % RATE =  1.3370900   0.00    0.62    552.56
05-17-2022   05% RELEASE SAVINGS                       0.00    1.27    553.83
06-14-2022   INT FOR 05/22. ANN. % RATE =  1.3341900   0.00    0.60    554.43
06-16-2022   05% RELEASE SAVINGS                       0.00    1.33    555.76
07-15-2022   INT FOR 06/22. ANN. % RATE =  1.4329000   0.00    0.67    556.43
07-19-2022   05% RELEASE SAVINGS                       0.00    1.33    557.76
08-12-2022   INT FOR 07/22. ANN. % RATE =  1.6674700   0.00    0.76    558.52
08-16-2022   05% RELEASE SAVINGS                       0.00    1.27    559.79
09-15-2022   INT FOR 08/22. ANN. % RATE =  1.6270700   0.00    0.77    560.56
09-19-2022   05% RELEASE SAVINGS                       0.00    1.39    561.95
10-17-2022   INT FOR 09/22. ANN. % RATE =  1.7949000   0.00    0.85    562.80
10-19-2022   05% RELEASE SAVINGS                       0.00    1.39    564.19
11-15-2022   INT FOR 10/22. ANN. % RATE =  1.9241100   0.00    0.89    565.08
11-17-2022   05% RELEASE SAVINGS                       0.00    1.27    566.35
12-14-2022   INT FOR 11/22. ANN. % RATE =  2.0010000   0.00    0.96    567.31
12-16-2022   05% RELEASE SAVINGS                       0.00    1.33    568.64

CALENDAR YEAR TO DATE INTEREST =     9.01

CONTACT INMATE ACCOUNTING VIA AN INTERVIEW REQUEST IF YOUR SOCIAL SECURITY
NUMBER IS INCORRECT.  YOUR SSN IS 587 60 4662.
```

*They Freeze my money for $1000⁰⁰*

*GATE PAY*

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

THE STATE OF NEBRASKA,                    )        CR 10 – 9044789
                                          )        DOC. 155 NO. 522
                    Plaintiff,            )
                                          )        O R D E R
vs.                                       )
                                          )
CLYDE E. HARPER,                          )
                                          )
                    Defendant.            )

     On the 26th day of September, 2022 the Defendant filed an affidavit and application to proceed in forma pauperis, motion for appointment of counsel and motion for DNA testing.

     The Court finds that the allegations in said motions are frivolous and without merit

     The Court further finds that the Defendant's application to proceed in forma pauperis, motion for appointment of counsel and motion for DNA testing should be overruled and denied.

     IT IS SO ORDERED.

     DATED this 30th day of September, 2022.

BY THE COURT:

J/MICHAEL COFFEY
DISTRICT COURT JUDGE

For 1999 – 2024
I never had a lawyer



## P.S.

### AM I LUCKY?
### OR
### AM I CURSED?

1) In Okinaw, Japan; I came across tons of dope being smuggled inside of soldier's caskets. Being shipped from North Viet Nam to to Okinawa to America.
   Which ended up being the largest drug bust in Okinawa history.

### Now!

2) I've stumbled-across the largest (mult-billion dollar) crime conspiracy in America's history.
   Does this mean I'm a natural "Cartel Killer"?

3) But this time I'll get my 15% "WHISTLE-BLOWER" fee!

[ * sorry about the "Play Boy" channel; on the prison computer. I needed a "triple-blind" to throw the crooks off! SORRY! ]

over ⟶

I can not talk to any legal agency here in the central part of America. All these suckers are dirty. County, State, and Federal judges... Shit!!! They seem to have gone crazy with the "Big Dollars"

Was I a sucker to have taken my OATH serious? You know to protect America from the foreign and domestic enemy?

I guess my family has BUFFALO SOLDIR in the BLOOD².

GOD BLESS YOU GUYS

1) Date on Rape Kit Test and Results prove that Douglas County Judge (Coffey) Knew I was innocent when he sent Omaha Police to "Kiddnap" me from Iowa, without a 'Governer's Warrent, from a Federal Facility (V.A. Hosp.).

2. Date on Rape Kit Test and Results prove that both Judge Coffey and prosecutor Knew I was innocent when they both lied and said the Rape Kits results had found me guilty.

3) I was subjected to more pain and suffering in two (2) prison riots in Tecumseh Super Max prison than I was in Viet Nam Era in the Army. Now I live with results from a stroke and lost of hearing and balance.

4) In prison riots, only men with rape changes were killed, And burned alive. Nobody got charged for their murders.



Clyde E. Harper, Sr. #62555
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

OCC. J2C10-L
P.O. Box 11089
Omaha, NE 68111-0099

LEGAL MAIL

Thurgood Marshall
US Federal Courthouse
40 Foley Square #104
New York, NY 10007

USM4LD
SDNY

Notice:
This Correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored

RECEIVED
MAR - 4 2024
PRO SE OFFICE

quadient
FIRST-CLASS M
IMI
$002
02/21/2024
0438431232139